IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MONICA MORKEMO                                                                                       PLAINTIFF

v.                                            CIVIL NO. 08-2047

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                       DEFENDANT

### O R D E R

NOW on this 4th day of December, 2009, the Court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

For the reasons set forth in the Report and Recommendation filed by the Honorable James R. Marschewski , United States Magistrate Judge for the Western District of Arkansas, on October 27, 2009, to which no objections have been filed, the Court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $1,312.50.

This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future. Further, this amount should be paid directly to plaintiff's counsel. *Ratliff v. Astrue*, 540 F.3d 800, 802 (8th Cir. 2008).

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)